Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 17-14720-AMC

DEITRA C. PRICE  
162 ROSELYN STREET  
PHILADELPHIA PA 19120

Petition Filed Date: 07/12/2017  
341 Hearing Date: 08/18/2017  
Confirmation Date: 02/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $207.50 | 3258364 | 01/16/2019 | $207.50 | 3260647 | 01/29/2019 | $207.50 | 3262883 |
| 02/13/2019 | $207.50 | 3265210 | 02/28/2019 | $207.50 | 3267358 | 03/12/2019 | $207.50 | 3269584 |
| 03/27/2019 | $207.50 | 3271940 | 04/10/2019 | $207.50 | 3274025 | 04/24/2019 | $207.50 | 3276251 |
| 05/10/2019 | $207.50 | 3278584 | 05/22/2019 | $207.50 | 3280567 | 06/05/2019 | $207.50 | 3282629 |
| 06/19/2019 | $207.50 | 3284919 | 07/08/2019 | $207.50 | 3286785 | 07/17/2019 | $207.50 | 3289005 |
| 07/30/2019 | $207.50 | 3291288 | 08/14/2019 | $207.50 | 3293251 | 08/27/2019 | $207.50 | 3295441 |
| 09/11/2019 | $207.50 | 3297521 | 09/24/2019 | $207.50 | 3299566 | 10/09/2019 | $207.50 | 3301557 |
| 10/23/2019 | $207.50 | 3303275 | 11/06/2019 | $207.50 | 3305226 | 11/20/2019 | $207.50 | 3306850 |
| 12/03/2019 | $207.50 | 3308676 | 12/17/2019 | $207.50 | 3310144 | 12/31/2019 | $207.50 | 3311702 |
| 01/15/2020 | $207.50 | 3313552 | 01/28/2020 | $207.50 | 3315096 | 02/11/2020 | $207.50 | 3316674 |
| 02/25/2020 | $207.50 | 3318372 | 03/10/2020 | $207.50 | 3319991 | 03/27/2020 | $207.50 | 3321496 |
| 04/10/2020 | $207.50 | 3323032 | 04/24/2020 | $207.50 | 3324259 | 05/08/2020 | $207.50 | 3325262 |
| 05/22/2020 | $207.50 | 3326218 | 06/11/2020 | $207.50 | 3327201 | 06/19/2020 | $207.50 | 3328341 |
| 07/06/2020 | $207.50 | 3329507 | 07/17/2020 | $207.50 | 3330600 | 07/31/2020 | $207.50 | 3331629 |

**Total Receipts for the Period: $8,715.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,437.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | FEDERAL LOAN SERVICING<br>»» 004 | Unsecured Creditors | $49,358.13 | $0.00 | $49,358.13 |
| 2 | M&T BANK<br>»» 002 | Mortgage Arrears | $1,682.31 | $1,240.14 | $442.17 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $1,264.74 | $932.29 | $332.45 |
| 1 | WELLS FARGO DEALER SERVICES<br>»» 001 | Secured Creditors | $14,410.29 | $7,552.08 | $6,858.21 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $2,719.35 | $0.00 | $2,719.35 |
| 6 | DAVID M OFFEN ESQUIRE<br>»» 006 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 17-14720-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,437.50 | Current Monthly Payment: | $415.00 |
| Paid to Claims: | $13,724.51 | Arrearages: | ($947.50) |
| Paid to Trustee: | $1,339.49 | Total Plan Base: | $24,035.00 |
| Funds on Hand: | $373.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.