| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-14720-AMC**

DEITRA C. PRICE  
162 ROSELYN STREET  
PHILADELPHIA  PA   19120

Petition Filed Date: 07/12/2017  
341 Hearing Date: 08/18/2017  
Confirmation Date: 02/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $207.50 | 3313552 | 01/28/2020 | $207.50 | 3315096 | 02/11/2020 | $207.50 | 3316674 |
| 02/25/2020 | $207.50 | 3318372 | 03/10/2020 | $207.50 | 3319991 | 03/27/2020 | $207.50 | 3321496 |
| 04/10/2020 | $207.50 | 3323032 | 04/24/2020 | $207.50 | 3324259 | 05/08/2020 | $207.50 | 3325262 |
| 05/22/2020 | $207.50 | 3326218 | 06/11/2020 | $207.50 | 3327201 | 06/19/2020 | $207.50 | 3328341 |
| 07/06/2020 | $207.50 | 3329507 | 07/17/2020 | $207.50 | 3330600 | 07/31/2020 | $207.50 | 3331629 |
| 08/17/2020 | $207.50 | 3332703 | 08/28/2020 | $207.50 | 3333752 | 09/09/2020 | $207.50 | 3334658 |
| 09/25/2020 | $207.50 | 3335732 | 10/13/2020 | $207.50 | 3336777 | 10/27/2020 | $207.50 | 3337710 |
| 11/09/2020 | $207.50 | 3338575 | 11/24/2020 | $207.50 | 3339544 | 12/01/2020 | $207.50 | 3340514 |
| 12/21/2020 | $207.50 | 3341451 | 01/04/2021 | $207.50 | 3342603 | 01/20/2021 | $207.50 | 3343282 |
| 01/27/2021 | $207.50 | 3344146 | 02/12/2021 | $207.50 | 3344997 | 03/01/2021 | $207.50 | 3345833 |
| 03/15/2021 | $207.50 | 3346756 | 03/26/2021 | $207.50 | 3347639 | 04/09/2021 | $207.50 | 3348697 |
| 04/23/2021 | $207.50 | 3349493 | 05/11/2021 | $207.50 | 3350276 | 05/21/2021 | $207.50 | 3351155 |
| 06/02/2021 | $207.50 | 3352017 | | | | | | |

**Total Receipts for the Period: $7,677.50   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,002.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | FEDERAL LOAN SERVICING<br>»» 004 | Unsecured Creditors | $49,358.13 | $0.00 | $49,358.13 |
| 2 | M&T BANK<br>»» 002 | Mortgage Arrears | $1,682.31 | $1,494.38 | $187.93 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $1,264.74 | $1,123.44 | $141.30 |
| 1 | WELLS FARGO DEALER SERVICES<br>»» 001 | Secured Creditors | $14,410.29 | $11,495.39 | $2,914.90 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $2,719.35 | $0.00 | $2,719.35 |
| 6 | DAVID M OFFEN ESQUIRE<br>»» 006 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 17-14720-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,002.50 | Current Monthly Payment: | $415.00 |
| Paid to Claims: | $18,113.21 | Arrearages: | ($1,777.50) |
| Paid to Trustee: | $1,702.53 | Total Plan Base: | $24,035.00 |
| Funds on Hand: | $186.76 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.