United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 17-14720-amc |
|---|---|
| Deitra C Price | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: 138OBJ | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deitra C Price, 162 Roselyn Street, Philadelphia, PA 19120-1952 |
| 13950256 | | Einstein Physicians, PO Box 780003, Philadelphia, PA 19178-0003 |
| 14396604 | + | M & T Bank, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 13950263 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13950264 | + | Revenue Collection Bureau, Inc., Attn: Settlement Group, 5900 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 13950265 | + | Tate & Kirlin Assoc, 2810 Southhampton Rd, Philadelphia, PA 19154-1207 |
| 13950269 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 13950267 | + | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13963432 | | Wells Fargo Bank N.A., dba Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 13989898 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13950268 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 29 2022 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2022 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14032684 | | Email/Text: megan.harper@phila.gov | Jun 29 2022 00:15:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13950257 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2022 00:15:00 | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13950255 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:18:40 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14323747 | | Email/Text: camanagement@mtb.com | Jun 29 2022 00:15:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 13950262 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 29 2022 00:15:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14001567 | | Email/Text: bncnotifications@pheaa.org | Jun 29 2022 00:15:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13950266 | | Email/Text: megan.harper@phila.gov | Jun 29 2022 00:15:00 | Water Revenue Bureau, 1401 JFK Blvd., |

Case 17-14720-amc    Doc 54    Filed 06/30/22    Entered 07/01/22 00:34:15    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: 138OBJ | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19102-1663 |
| 13950267 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Jun 29 2022 12:04:12 | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13963432 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | | |
| | | | Jun 29 2022 12:04:26 | Wells Fargo Bank N.A., dba Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 13989898 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Jun 29 2022 12:04:12 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13964820 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Jun 29 2022 12:04:39 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 13950268 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | | |
| | | | Jun 29 2022 12:04:26 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13950260 | *+ | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 13950261 | *+ | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 13950258 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13950259 | *+ | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 13964820 | ##+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Deitra C Price dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 28, 2022 | Form ID: 138OBJ | Total Noticed: 20

WILLIAM EDWARD CRAIG
    on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Deitra C Price
       Debtor(s)                                                     Case No: 17−14720−amc
                                                                                     Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/28/22