| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-14720-AMC**

DEITRA C. PRICE  
162 ROSELYN STREET  
PHILADELPHIA  PA    19120

Petition Filed Date: 07/12/2017  
341 Hearing Date: 08/18/2017  
Confirmation Date: 02/15/2018

Case Status: Completed on 5/25/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2021 | $207.50 | 3348697 | 04/23/2021 | $207.50 | 3349493 | 05/11/2021 | $207.50 | 3350276 |
| 05/21/2021 | $207.50 | 3351155 | 06/02/2021 | $207.50 | 3352017 | 06/21/2021 | $207.50 | 3352733 |
| 07/02/2021 | $207.50 | 3353651 | 07/16/2021 | $207.50 | 3354408 | 08/02/2021 | $207.50 | 3355174 |
| 08/17/2021 | $207.50 | 3355876 | 08/27/2021 | $207.50 | 3356590 | 09/14/2021 | $207.50 | 3357319 |
| 09/28/2021 | $207.50 | 3358017 | 10/12/2021 | $207.50 | 3358825 | 10/26/2021 | $207.50 | 3359538 |
| 11/09/2021 | $207.50 | 3360285 | 11/23/2021 | $207.50 | 3361009 | 12/01/2021 | $207.50 | 3361723 |
| 12/20/2021 | $207.50 | 3362491 | 01/03/2022 | $207.50 | 3363289 | 03/08/2022 | $207.50 | 118564881 |
| 03/21/2022 | $207.50 | 118641740 | 04/04/2022 | $207.50 | 118718613 | 04/08/2022 | $207.50 | 118791680 |
| 05/25/2022 | $415.00 | | | | | | | |

**Total Receipts for the Period:  $5,395.00   Amount Refunded to Debtor Since Filing:  $325.00   Total Receipts Since Filing: $24,360.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | FEDERAL LOAN SERVICING<br>»» 004 | Unsecured Creditors | $49,358.13 | $587.03 | $48,771.10 |
| 2 | M&T BANK<br>»» 002 | Mortgage Arrears | $1,682.31 | $1,682.31 | $0.00 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $1,264.74 | $1,264.74 | $0.00 |
| 1 | WELLS FARGO DEALER SERVICES<br>»» 001 | Secured Creditors | $14,410.29 | $14,410.29 | $0.00 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $2,719.35 | $32.34 | $2,687.01 |
| 6 | DAVID M OFFEN ESQUIRE<br>»» 006 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | DEITRA C. PRICE | Debtor Refunds | $325.00 | $325.00 | $0.00 |

**Chapter 13 Case No. 17-14720-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,360.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $22,301.71 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,058.29 | Total Plan Base: | $24,035.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.